```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Edwin and Louise Hunt

    v.

                                Case No. 18-cv-343-SM

Target Corporation


### JUDGMENT

Judgment is hereby entered in accordance with the Order dated July 1, 2019, by District Judge Steven J. McAuliffe.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                _____
                                                Daniel J. Lynch
                                                Clerk of Court

Date: July 2, 2019

 cc:  Ronald E. Cook, Esq.
      Meaghan A. Jepsen, Esq.
      Sean J. Milano, Esq.
      Meredith M. Lasna, Esq.